AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Omron Corporation

**SUMMONS IN A CIVIL CASE**

V.

Verve, LLC

CASE  Case: 1:07-cv-01526
Assigned To : Kennedy, Henry H.
Assign. Date : 8/27/2007
Description: Contract

TO: (Name and address of Defendant)

Verve, LLC
Registered Agent: Raymond Galasso
8127 Mesa Drive #B-206-67
Austin, TX 78759

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Charles B. Klein
Winston & Strawn LLP
1700 K Street, NW
Washington, DC 20006

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    AUG 2 7 2007
CLERK                                       DATE

_(signature)_
(By) DEPUTY CLERK

AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | * | DATE  8-29-07 @ 3:30 PM |
| NAME OF SERVER  Michael P. Dalgliesh | | TITLE  Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served:

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): By serving Raymond Galasso, Registered Agent, authorized to accept. Service was completed at 6300 Bridgepoint Drive, Suite 410, Austin, TX 78701

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL  $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8-29-07
        Date

Signature of Server

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009

Address of Server

* Consent to Proceed before a United Magistrate Judge for all Purposes and Notice of right to Consent to Trial Before a United Magistrate Judge

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.