IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **OMRON CORPORATION,** a Japanese corporation,<br>1 Commerce Drive<br>Schaumburg, IL 60173<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**VERVE, LLC,** a Texas limited liability company,<br>6300 Bridgepoint Parkway<br>Building I, Suite 410-B<br>Austin, TX 78730<br><br>　　　　　　　　　Defendant. | Civil Action No. 1:07-cv-01526<br><br>Honorable Henry H. Kennedy |

## DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO ANSWER, PLEAD OR OTHERWISE MOVE

Defendant Verve, LLC ("Verve") files this Unopposed Motion for Enlargement of Time to Answer, Plead, or Otherwise Move under Fed. R. Civ. P. 6(b), without waiving any defenses under the Federal Rules of Civil Procedure, including, but not limited to any defenses set forth in Fed. R. Civ. P. 12(b). In support of this Motion, Verve respectfully states as follows:

This is a declaratory judgment action regarding patent ownership, brought against Verve, LLC, in which Omron Corporation seeks clarification from the Court as to who controls certain intellectual property. Verve was served on August 29, 2007. Accordingly, Verve must answer, plead, or otherwise move by September 18, 2007. Verve requests that this Court enlarge the time by which it must respond to the Complaint until and through October 18, 2007. Verve seeks this enlargement of time in good faith in advance of the expiration of its time to answer, plead, or otherwise move.

Verve does not seek this extension for purposes of delay, but rather so that justice may be done and to "secure the just, speedy, and inexpensive determination" of this action. See Fed. R. Civ. P. 1. Given the issues presented in this case and the settlement discussions that have transpired between the parties, Verve needs additional time to evaluate an appropriate response to the Complaint and to potentially discuss settlement of this matter with opposing counsel. By filing this unopposed motion, Verve does not waive any defenses under the Federal Rules of Civil Procedure. See *DeMelo v. Toche Marine, Inc.*, 711 F.2d 1260, 1264 n. 3 (5th Cir. 1983).

Raymond Galasso, a managing member of Verve, recently spoke with Matthew Zapf, litigation counsel for Omron Corporation, and was instructed that Omron does not oppose this Motion for Enlargement of Time, or the relief sought herein. Accordingly, L.Cv.R. 7(m) is satisfied. Because this case is nascent and no scheduling orders have been entered, the requested additional time will not impact any other deadlines.

## PRAYER

WHEREFORE, and without waiving any Rule 12(b) or other defenses, Defendant Verve respectfully requests that the Court grant this unopposed motion and enlarge the time for Verve to answer, plead, or otherwise move until and through October 18, 2007, and that the Court grant such other relief as may be appropriate.

Respectfully submitted,

 /s/ Nicole M. Meyer
Nicole M. Meyer (D.C. Bar No. 471924)
DICKINSON WRIGHT PLLC
1901 L Street, N.W., Suite 800
Washington, D.C. 20036
Tel: (202)659-6924; Fax: (202)659-1559
E-mail: nmeyer@dickinsonwright.com
**Attorneys for Defendant Verve, LLC**

2

## CERTIFICATE OF SERVICE

I, HEREBY, certify that on this 17th day of September, 2007, I electronically filed the foregoing "*Defendant's Unopposed Motion for Enlargement of Time to Answer, Plead, or Otherwise Move*" with the Clerk of the Court using the CM/ECF System which will send electronic notification of such filing to Charles B. Klein, Esquire and Gina M. Del Negro, Esquire, and I certify that the foregoing was also served upon counsel for Omron Corporation *via* U.S. First Class Mail, postage prepaid at the following address:

Charles B. Klein, Esquire
Gina M. Del Negro, Esquire
**Winston & Strawn, LLP**
1700 K Street, N.W.
Washington, DC 20006
Tel: (202) 282-5000
Fax; (202) 282-5100

Matthew A.C. Zapf, Esquire
A. Colin Wexler, Esquire
**Goldberg Kohn**
55 East Monroe, Suite 3300
Chicago, IL 60603
Tel: (312) 201-4000
Fax: (312) 863-7467

*Counsel for Omron Corporation*

                                                   /s/ **Nicole M. Meyer**
                                                   Nicole M. Meyer, Esquire

DC 115384v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **OMRON CORPORATION,** a Japanese corporation,<br>1 Commerce Drive<br>Schaumburg, IL 60173<br><br>       Plaintiff,<br><br>    v.<br><br>**VERVE, LLC,** a Texas limited liability company,<br>6300 Bridgepoint Parkway<br>Building I, Suite 410-B<br>Austin, TX 78730<br><br>       Defendant. | Civil Action No. 1:07-cv-01526<br><br>Honorable Henry H. Kennedy |

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO ANSWER, PLEAD OR OTHERWISE MOVE

On September 17, 2007 Defendant Verve LLC ("Verve") moved the Court for an enlargement of the time to answer, plead, or otherwise move until and through October 18, 2007. Plaintiff Omron Corporation does not oppose the relief sought in Verve's motion, and the Court finds that such enlargement of the time to answer, plead, or otherwise move is appropriate.

Accordingly, the Court hereby GRANTS Verve's Motion, ORDERS that Defendant Verve's response to Plaintiff's Complaint is due no later than October 18, 2007, and ORDERS this ruling be filed by the Clerk of Court upon receipt of this Order.

IT IS SO ORDERED.

Signed this ___ day of September, 2007 at Washington, D.C.

_____
HONORABLE HENRY H. KENNEDY
UNITED STATES DISTRICT JUDGE

Attorneys entitled to notification of entry of this Order include:

**Counsel for Omron Corporation**

Charles B. Klein, Esq.
Gina M. Del Negro, Esq.
Winston & Strawn LLP
1700 K Street, N.W.
Washington, D.C. 20006

**Counsel for Verve, LLC**

Nicole M. Meyer, Esq.
Dickinson Wright PLLC
1901 L Street, N.W., Suite 800
Washington, D.C. 20036