AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Omron Corporation

        Plaintiff(s)      )   **APPEARANCE**

        vs.      )   CASE NUMBER  1:07-cv-01526

Verve, LLC

        Defendant(s)      )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Gina M. Del Negro__ as counsel in this
                                    (Attorney's Name)

case for:__Omron Corporation__
            (Name of party or parties)

10/17/2007
Date

*(signature)*
Signature

Gina M. Del Negro
Print Name

468920
BAR IDENTIFICATION

Winston & Strawn, LLP, 1700 K Street, NW
Address

Washington, DC 20006
City    State    Zip Code

202-282-5000
Phone Number