CO-386-online
10/03

# United States District Court
# For the District of Columbia

Omron Corporation )
)
)
)
vs    Plaintiff )   Civil Action No. 1:07-cv-01526
)
Verve, LLC )
)
)
Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Omron Corporation__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Omron Corporation__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

*[signature: Gina Del Negro]*
Signature

468920
BAR IDENTIFICATION NO.

Gina M. Del Negro
Print Name

Winston & Strawn LLP, 1700 K Street , NW
Address

Washington, DC 20006
City        State        Zip Code

202-282-5000
Phone Number