IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OMRON CORPORATION, a Japanese corporation,<br>1 Commerce Drive<br>Schaumburg, IL 60173<br><br>                Plaintiff,<br><br>v.<br><br>VERVE, LLC, a Texas limited liability company,<br>6300 Bridgepoint Parkway<br>Building I, Suite 410-B<br>Austin, TX 78730<br><br>                Defendant. | Civil Action No. 1:07-cv-01526<br><br>Honorable Henry H. Kennedy |

**STIPULATED DISMISSAL OF COMPLAINT**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Omron Corporation, through its undersigned counsel, and Defendant Verve, LLC, through its undersigned counsel, hereby stipulate and agree to dismiss, with prejudice, the Complaint filed by Omron Corporation in the above-styled civil action, with each party to bear its own costs and attorney's fees related to this action.

                                                              **OMRON CORPORATION**

Dated: January 16, 2008      By:      **/s/ Gina M. Del Negro**
                                                            Charles B. Klein
                                                            Gina M. Del Negro (D.C. Bar No. 468920)
                                                            **Winston & Strawn, LLP**
                                                             1700 K Street, N.W.
                                                             Washington, DC 20006
                                                             Tel: (202) 282-5000
                                                             Fax; (202) 282-5100

Matthew A.C. Zapf
A. Colin Wexler
**Goldberg Kohn**
55 East Monroe, Suite 3300
Chicago, IL 60603
Tel: (312) 201-4000
Fax: (312) 863-7467

*Attorneys for Plaintiff, Omron Corporation*

**VERVE, LLC**

Dated: January 16, 2008     By:     /s/ **Nicole M. Meyer**
Nicole M. Meyer (D.C. Bar No. 471924)
DICKINSON WRIGHT PLLC
1901 L Street, N.W., Suite 800
Washington, D.C. 20036
Tel: (202)659-6924; Fax: (202)659-1559
E-mail: nmeyer@dickinsonwright.com

*Attorneys for Defendant Verve, LLC*

## CERTIFICATE OF SERVICE

**I, HEREBY,** certify that on this 16th day of January, 2008, I electronically filed the foregoing "*Stipulated Dismissal*" with the Clerk of the Court using the CM/ECF System which will send electronic notification of such filing to Charles B. Klein, Esquire and Gina M. Del Negro, Esquire, counsel for Omron Corporation.

/s/ Nicole M. Meyer
Nicole M. Meyer, Esquire

DC 36413-9 116607v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **OMRON CORPORATION**, a Japanese corporation,<br>1 Commerce Drive<br>Schaumburg, IL 60173<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>**VERVE, LLC**, a Texas limited liability company,<br>6300 Bridgepoint Parkway<br>Building I, Suite 410-B<br>Austin, TX 78730<br><br>　　　　　　　　Defendant. | Civil Action No. 1:07-cv-01526<br><br>Honorable Henry H. Kennedy |

### ORDER DISMISSING COMPLAINT

On January 16, 2008 the parties filed a Stipulated Dismissal of Complaint, seeking to dismiss the Complaint filed by Omron Corporation in the above-styled action, with prejudice. Having considered the Stipulated Dismissal of Complaint, and being fully advised of same, the Court orders as follows:

The Stipulated Dismissal of Complaint is granted and Plaintiff Omron Corporation's Complaint is dismissed, with prejudice.

**IT IS SO ORDERED.**

　　　Signed this ___ day of January, 2008 at Washington, D.C.


　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　HONORABLE HENRY H. KENNEDY
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Attorneys entitled to notification of entry of this Order include:

**Counsel for Omron Corporation**

Charles B. Klein, Esq.
Gina M. Del Negro, Esq.
Winston & Strawn LLP
1700 K Street, N.W.
Washington, D.C. 20006

**Counsel for Verve, LLC**

Nicole M. Meyer, Esq.
Dickinson Wright PLLC
1901 L Street, N.W., Suite 800
Washington, D.C. 20036